IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00689-BNB

CYRILLE ALESANDRE, a.k.a. DARRICK ALEXANDER,

    Plaintiff,

v.

JOHN HICKENLOOPER (Mayor City and County of Denver),
GARY WHITTMAN (Chief of Police City and County Denver),
CHRISTOPHER G. FOEGEN #95056 (Denver Police Officer),
RICHARD ROSENTHAL (Independent Monitor), and
JOHN LAMB (Commander Internal Affairs),

    Defendants.

## ORDER OF DISMISSAL

On April 15, 2008, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $8.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why he cannot pay the $8.00 initial partial filing fee, he must submit a current certified copy of his inmate trust fund account statement. Plaintiff was warned that the complaint would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On May 2, 2008, Plaintiff submitted a letter to the Court stating that the attached document is a certified notification of his financial situation and that his intent is to show

cause why he is unable to pay the initial partial filing fee. The document attached to the letter filed on May 2 is not a certified copy of Plaintiff's inmate trust fund account statement. Instead, the document is a commissary sales receipt from Keefe Commissary Network Sales that indicates Plaintiff ordered various items from the jail commissary on April 17, 2008. The receipt apparently indicates that Plaintiff was able to purchase two items that totaled $5.00 and that the other items he wished to purchase were rejected for insufficient funds. The commissary sales receipt also bears a stamp indicating that it is a true and certified copy of a Denver County Jail record.

Prior to being granted leave to proceed *in forma pauperis* in this action, Plaintiff submitted to the Court on April 10, 2008, a certified copy of his inmate trust fund account statement dated March 25, 2008, that details the individual deposits into and withdrawals from Plaintiff's account since he entered the Denver County Jail on November 13, 2007. The account statement reveals that money periodically was deposited into Plaintiff's account and that the balance in Plaintiff's account on March 25, 2008, was $40.13. As noted above, the commissary sales receipt Plaintiff submitted on May 2 apparently indicates he lacked sufficient funds on April 17 to purchase certain commissary items. However, Plaintiff was directed to provide a certified copy of his inmate trust fund account statement and not a sales receipt in order to show cause why he is unable to pay the initial partial filing fee. The Court finds that the commissary sales receipt does not satisfy the requirement of providing a certified copy of Plaintiff's inmate trust fund account statement because the commissary sales receipt does not provide the sort of detailed account information that would allow the Court to determine whether Plaintiff truly is unable to pay the initial

2

partial filing fee. Therefore, the Court finds that Plaintiff has failed to show cause as directed why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause as directed why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 28 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00689-BNB

Cyrille Alesandre
aka Darrick Alexander
Prisoner No. 1565750
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/8

                              GREGORY C. LANGHAM, CLERK

                        By: _____
                                  Deputy Clerk