### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00689-ZLW

CYRILLE ALESANDRE, a.k.a. DARRICK ALEXANDER,

    Plaintiff,

v.

JOHN HICKENLOOPER (Mayor City and County of Denver),
GARY WHITTMAN (Chief of Police City and County Denver),
CHRISTOPHER G. FOEGEN #95056 (Denver Police Officer),
RICHARD ROSENTHAL (Independent Monitor), and
JOHN LAMB (Commander Internal Affairs),

    Defendants.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Request to Refile Claim Pursuant to Title 28 § 2415" (Doc. #14) filed on December 1, 2011, is DENIED because the statutory authority Plaintiff cites is not applicable to this action.

Dated: December 2, 2011