**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00689-ZLW

CYRILLE ALESANDRE, a.k.a. DARRICK ALEXANDER,

    Plaintiff,

v.

JOHN HICKENLOOPER (Mayor City and County of Denver),
GARY WHITTMAN (Chief of Police City and County Denver),
CHRISTOPHER G. FOEGEN #95056 (Denver Police Officer),
RICHARD ROSENTHAL (Independent Monitor), and
JOHN LAMB (Commander Internal Affairs),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Request to Refile Claim" (Doc. #16) filed on December 21, 2011, is DENIED to the extent Plaintiff is seeking to reopen the instant action. If Plaintiff wishes to pursue his claims, he must commence a new action and a new civil action number will be assigned.

Dated: January 3, 2012